UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Surgical Specialists of Greater New York,

        Plaintiff,

v.

Aetna, Inc., et al.,

        Defendants.

------------------------------x

21-cv-9706 (LAK)(JLC)

## ORDER

    Magistrate Judge Cott has informed the Court that the parties have reached a settlement.  Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before April 22, 2022, if the settlement has not been consummated by then.

    SO ORDERED.

Dated:      March 22, 2022

                                                Lewis A. Kaplan
                                            United States District Judge